## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN BREDA, *on behalf of herself and all others similarly situated*, <br><br>     Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br>     Defendant. | **Civil Action No.  1:16-cv-11512-DJC** |

### NOTICE OF APPEARANCE

Please enter the appearance of David G. Thomas of the law firm of Greenberg Traurig, LLP, One International Place, Boston, Massachusetts 02110, as counsel for Cellco Partnership d/b/a Verizon Wireless in the above-captioned case.

Respectfully submitted,

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

By its attorneys,


/s/ David G. Thomas
David G. Thomas (BBO # 640854)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
(617) 310-6000
thomasda@gtlaw.com


Date:  October 27, 2016

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on October 27, 2016.


<u>/s/ David G. Thomas</u>