UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN BREDA, *on behalf of herself and all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　Defendant. | Civil Action No.  1:16-cv-11512-DJC |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Cellco Partnership d/b/a Verizon Wireless ("**Verizon Wireless**") submits this corporate disclosure statement and hereby states:

1. Verizon Wireless is a general partnership formed under the laws of the State of Delaware.

2. Verizon Wireless is indirectly wholly owned by Verizon Communications Inc. ("**Verizon**").

3. Verizon, a publicly traded company, has its principal place of business at 1095 Avenue of the Americas, New York, New York, and does not have any parent corporation or publicly held corporation that owns more than 10% of its stock.

Respectfully submitted,

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,

By its attorneys,

/s/ David G. Thomas
David G. Thomas (BBO # 640854)
Emily H. Bryan (BBO # 687935)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA  02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001
thomasda@gtlaw.com
hannigane@gtlaw.com

Dated:  November 18, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on November 18, 2016.

/s/ David G. Thomas
David G. Thomas

2