# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBIN BREDA, :<br>:<br>Plaintiff, :<br>v. :<br>:<br>CELLCO PARTNERCHIP :<br>d/b/a VERIZON WIRELESS, :<br>:<br>Defendant. :<br>: | Civil Action No.: 16-CV-11512-DJC |

## NOTICE OF APPEAL

Notice is hereby given that Robin Breda, the plaintiff and proposed class representative in the above named putative class action, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 30th day of November 2017, from the order entered in this action on the 17th day of November 2017 granting summary judgment for defendant Cellco Partnership, and from any other previous orders relating to the entry of judgment. Robin Breda is qualified to bring the appeal as the plaintiff and proposed representative of the class.

Dated: December 6, 2017                                          Respectfully submitted,

/s/ Keith J. Keogh
Keith J. Keogh (Pro Hac Vice) Ill. Bar No. 6257811IL
Keogh Law, Ltd.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
312.726.1092 (office)
312.726.1093 (fax)
keith@keoghlaw.com

Sergei Lemberg Esq.
Lemberg Law LLC
43 Danbury Road
Wilton, CT 06897
203.653.2250 x5500 (office)
203.653.3424 (fax)
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I, Keith J. Keogh, hereby certify that, on December 6, 2017, I electronically filed the foregoing Notice of Appeal via the Court's CM/ECF system, which will perfect service upon all parties via their counsel of record.

/s/ Keith J. Keogh