UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN BREDA, *on behalf of herself and all others similarly situated*,<br><br>　　　Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　Defendant. | Civil Action No.  1:16-cv-11512-DJC |

## MOTION TO FINALLY APPROVE THE PARTIES' CLASS ACTION SETTLEMENT

Plaintiff Robin Breda ("Plaintiff") respectfully moves for entry of an Order granting final approval of the class action settlement between Plaintiff and Defendant Cellco Partnership d/b/a Verizon Wireless ("Defendant" or "Verizon") and for entry of final judgment.

In support, Plaintiff submits the accompanying Memorandum of Law, the Settlement Agreement and its exhibits (1-5), a Declaration from the Claims Administrator, and a Declaration from Class Counsel.

For the reasons set forth in the accompanying memorandum, Plaintiff requests that the Court enter the Final Approval Order in the form attached as <u>Exhibit A</u> and Final Judgment in the form attached hereto as <u>Exhibit B</u>.

Dated: March 28, 2022

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　ROBIN BREDA,
　　　　　　　　　　　　　　　　　　　　　　By her attorneys,

    /s/ Keith J. Keogh
Keith J. Keogh (Pro Hac Vice)
Timothy J. Sostrin (Pro Hac Vice)
Keogh Law, Ltd.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
312.726.1092 (office)
312.726.1093 (fax)
keith@keoghlaw.com

Sergei Lemberg (BBO#650671)
Stephen Taylor (Pro Hac Vice)
Lemberg Law LLC
43 Danbury Road
Wilton, CT 06897
203.653.2250 x5500 (office)
203.653.3425 (fax)
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, I served a true and accurate copy of the foregoing to counsel of record through the Court's CM/ECF system which sent notice of such filing to all counsel of record.

    /s/ Keith J. Keogh
Keith J. Keogh (Pro Hac Vice)
Timothy J. Sostrin (Pro Hac Vice)
Keogh Law, Ltd.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
312.726.1092 (office)
312.726.1093 (fax)
keith@keoghlaw.com