UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN BREDA, *on behalf of herself and all others similarly situated*,<br>    Plaintiff,<br>v.<br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br>    Defendant. | Civil Action No. 1:16-cv-11512-DJC<br><br>**FINAL JUDGMENT** |

The Court having held a Final Approval Hearing on ___May 2___, 2022, notice of the hearing having been duly given in accordance with this Court's Order Conditionally Certifying Settlement Class, Preliminarily Approving Class Action Settlement, And Approving Notice Plan (the "Preliminary Approval Order"), and having considered all matters submitted to it at the Final Approval Hearing and otherwise, it is hereby ORDERED that Final Judgment is entered in favor of Plaintiff and the Settlement Class as follows:

1. Plaintiff, Defendant, and the Claims Administrator are to effectuate the Settlement Agreement according to its terms;

2. The claims asserted against Defendant are hereby Dismissed with Prejudice.

3. Attorney fees in the amount of $1,316,666 and expenses in the amount of $105,856.32 are awarded to Class Counsel to be distributed by the Claims Administrator from the settlement fund.

4. An incentive award is awarded to named Plaintiff Robin Breda in the amount of $15,000 to be distributed by the Claims Administrator from the settlement fund.

**IT IS SO ORDERED,
ADJUDGED AND DECREED.**

Dated: _May 2, 2022_	 _____
	Honorable Denise J. Casper